82 A.3d 925

IN THE MATTER OF MELINDA MIDDLEBROOKS, AN ATTORNEY AT LAW (ATTORNEY NO. 006461985).

November 13, 2013.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 13–061, concluding that **MELINDA MIDDLEBROOKS** of **SPRINGFIELD,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.7(a)(2) (conflict of interest), and good cause appearing;

It is ORDERED that **MELINDA MIDDLEBROOKS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.